UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY STRAND : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | CIVIL ACTION NO. 3:02 CV 1883 (AWT) |
| : | |
| METRO-NORTH RAILROAD COMPANY, : | |
| CONSOLIDATED RAIL CORPORATION : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| and AMERICAN FINANCIAL GROUP, : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| INC., f/k/a AMERICAN PREMIER : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| UNDERWRITERS, INC., f/k/a PENN : | |
| CENTRAL CORPORATION : | |
| : | JANUARY 19, 2005 |
| Defendants. : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 19, 2005     _____

                                              Susan B. Parzymieso, Esq. (CT 25301)
                                              Ryan, Ryan, Johnson & Deluca, LLP
                                              80 Fourth Street, P.O. Box 3057
                                              Stamford, CT 06905
                                              Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Timothy Strand

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.150\appearsbp.wpd
205.150

- 2 -