UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY STRAND | : | |
| v. | : | CASE NO. 3:02CV1883 (AWT) |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION, AMERICAN FINANCIAL GROUP, INC. | : : | |

<u>JUDGMENT</u>

Counsel of record having reported to the court on November 22, 2005, that the claims against Metro-North Railroad Company have been settled; (the claims against Consolidated Rail Corporation and American Financial Group, Inc. were previously dismissed from the case on August 16, 2004);

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 21st day of February, 2006.

           KEVIN F. ROWE, Clerk

           By:_____
             Sandra Smith
             Deputy Clerk

EOD _____